UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THERESA L. FRICKE, et al.,<br><br>　　　　　Defendants. | CASE NO. C23-5156-TSZ<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the objections, & the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　The Court DENIES plaintiff IFP status and DISMISSES the proposed complaint, Dkt. 1, **with prejudice** in accordance with 28 U.S.C. §1915(e)(2)(B) & (g) and standing bar orders.

　　(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

ORDER - 1

1  Dated this  14th  day March, 2023.

*Thomas S. Zilly*

_____
THOMAS S. ZILLY
United States District Judge

ORDER - 2